1

2

3

4

5

6

7                            UNITED STATES DISTRICT COURT
                            WESTERN DISTRICT OF WASHINGTON
8                                        AT TACOMA

9    SONYA G. REID,

10              Plaintiff,

11         v.                                          Case No. C06-5430FDB

12   TON GUYER, INC. and MARION AND                    ORDER DENYING LEAVE TO
     CHUCK OUZINIAN, *et al.* ,                        PROCEED IFP AND DISMISSAL OF
13                                                     CAUSE OF ACTION

14              Defendants.

15         Plaintiff has filed an application to proceed *in forma pauperis* along with her Complaint,

16   which appears to be an attempt to appeal from a Pierce County court a matter concerning a tenancy

17   and property damages.  There is no showing that this Court has jurisdiction over Plaintiff's cause of

18   action, and appeal to this Court from a state court decision or verdict is inappropriate.

19         ACCORDINGLY, IT IS ORDERED: Plaintiff's Application To Proceed *in forma pauperis*

20   is DENIED and this cause of action is DISMISSED.

21         DATED this 16th day of August, 2006.

22

23                                          _____

24                                          FRANKLIN D. BURGESS
                                            UNITED STATES DISTRICT JUDGE
25

26   ORDER - 1