1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| SONYA G. REID, | |
|---|---|
| Plaintiff, | |
| v. | Case No. C06-5430FDB |
| TON GUYER, INC. and MARION AND CHUCK OUZINIAN, *et al.*, | ORDER DENYING LEAVE TO PROCEED IFP AND DISMISSAL OF CAUSE OF ACTION |
| Defendants. | |

Plaintiff has filed an application to proceed *in forma pauperis* along with her Complaint, which appears to be an attempt to appeal from a Pierce County court a matter concerning a tenancy and property damages. There is no showing that this Court has jurisdiction over Plaintiff's cause of action, and appeal to this Court from a state court decision or verdict is inappropriate.

ACCORDINGLY, IT IS ORDERED: Plaintiff's Application To Proceed *in forma pauperis* is DENIED and this cause of action is DISMISSED.

DATED this 16th day of August, 2006.

/s/ Franklin D. Burgess
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1