UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SONYA G. REID,<br><br>    Plaintiff,<br><br>    v.<br><br>TON GUYER, INC. And MARION AND CHUCK OUZINIAN, *et al.*,<br><br>    Defendant. | Case No. C06-5430 FDB<br><br>ORDER DENYING MOTIONS FOR RECONSIDERATION, FOR LEAVE TO APPEAL *IN FORMA PAUPERIS* AND FOR APPOINTMENT OF COUNSEL |

On August 16, 2006, this Court entered an Order denying Plaintiff leave to proceed in forma pauperis and dismissed the cause of action for lack of jurisdiction over a state court decision concerning a tenancy and property damages. Plaintiff has moved for reconsideration of the Order, filed notice of appeal, requested leave to proceed *in forma pauperis*, and moved for appointment of counsel. For the same reasons as previously stated, Plaintiff's motions are denied. There is no showing that federal court jurisdiction is present. Plaintiff has not shown an inability to pay the costs of appeal. Plaintiff has not established a right to court appointed counsel in this civil action.

ACCORDINGLY;

IT IS ORDERED

(1)    Plaintiff'S motion for leave to appeal in forma pauperis [Dkt. #5] is **DENIED**;

ORDER - 1

(2) Plaintiff's motion for court appointed counsel [Dkt.#7] is **DENIED**; and

(3) Plaintiff's motion for reconsideration [Dkt. #10] is **DENIED**.

DATED this 20th day of September, 2006.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2